# EXHIBIT

# B

## OTERO V. MIDDLE GEORGIA HOSPITAL - PRIVILEGE LOG

Summaries of meetings with potential witnesses prepared by Hospital counsel;

Summaries of meetings with experts prepared by Hospital counsel;

Correspondence between Hospital counsel and clients;

Documents prepared by MGH's insurer;

Summaries of and memoranda regarding Otero's medical records prepared by Hospital counsel;

Summaries of pleadings prepared by Hospital counsel;

Summaries of depositions prepared by Hospital counsel;

Case Evaluation reports prepared by Hospital counsel;

Defense counsel interoffice memoranda and communications;

Portions Dr. Vito's credentialing file;

Any peer review materials pertaining to Otero;

Any peer review materials pertaining to Dr. Vito.