## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| JAY OTERO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  5:04-CV-0211-4(DF) |
| | ) | |
| GEORGE VITO, D.P.M.; FOOT & LEG | ) | Judge Duross Fitzpatrick |
| CENTERS OF GEORGIA, P.C.; | ) | |
| SURGICAL CENTERS OF GEORGIA, | ) | |
| P.C. and MIDDLE GEORGIA | ) | |
| HOSPITAL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT MIDDLE GEORGIA HOSPITAL, LLC'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST CONTINUING REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW, Defendant MIDDLE GEORGIA HOSPITAL, LLC, and hereby supplements its prior responses to Plaintiff's First Continuing Request for Production of Documents by producing the following privilege log. This Defendant maintains that the following documents are protected from discovery by the peer review and/or medical review committee privileges provided under Georgia law, O.C.G.A. §§ 31-7-130 *et seq.* and 31-7-140 *et seq.*:

### PRIVILEGE LOG PRODUCED TO PLAINTIFF

| PAGE(S) | DESCRIPTION |
|---|---|
| MGH-281-282 | 4/15/98 letter to Dr. Vito from Surgical Case Committee |

346002v1



**EXHIBIT**

**E**

| PAGE(S) | DESCRIPTION |
|---|---|
|  | Chairman. |

| PAGE(S) | DESCRIPTION |
|---|---|
| 283 | 1/4/99 letter to Dr. Vito from Surgical Case Committee Chairman. |
| 284 | 1/19/99 letter to Dr. Vito from Surgical Case Committee Chairman. |
| 285 | 2/99 Executive Committee meeting minutes. |
| 286 | 2/99 Report to the Executive Committee. |
| 287 | 2/16/99 Credentialing Committee meeting minutes. |
| 288 | 2/15/99 letter to Dr. Vito from Surgical Case Committee Chairman. |
| 289 | 4/12/99 Surgery Service review minutes. |
| 290 | 4/14/99 letter to Dr. Vito from Surgical Case Committee Chairman. |
| 291 | 7/12/99 Surgery Review Committee meeting minutes. |
| 292 | 7/13/99 letter to Dr. Vito from Surgical Case Committee Chairman. |
| 293 | 8/16/99 Surgery Review meeting minutes. |
| 294 | 8/17/99 letter to Dr. Vito from Surgical Case Committee Chairman. |
| 295 | 12/20/99 letter to Dr. Vito from Surgical Case Committee Chairman. |
| 296-299 | 2/29/00 Chart review. |
| 300 | 4/17/00 Surgical Service review. |
| 301-303 | 4/19/00 letter to Dr. Vito from Surgical Case Committee Chairman. |
| 304 | 6/12/00 Surgery Service Review Committee |
| 305 | 7/1/00 Surgery Service Review Committee meeting minutes. |
| 306 | 8/7/00 Surgery Service Review Committee meeting minutes. |
| 307-308 | 10/11/00 letter to Dr. Vito from Surgical Case Committee Chairman. |
| 309 | 11/19/01 letter to Dr. Vito from Utilization Review Committee Chairman. |
| 310-318 | Printouts of procedures performed by Dr. Vito at the hospital 1997-1999. |
| 319-328 | Surgical profile sheets for Dr. Vito 1993-2002. |

This 24th day of May, 2005.

Respectfully submitted,

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

950 East Paces Ferry Rd.
Suite 3000
Atlanta, Georgia  30326
Ph:  404-876-2700
Fax: 404-875-9433

/s/ Chloé E. Dallaire
John K. Train, IV
Georgia Bar No.  715267
Chloe E. Dallaire
Georgia Bar No. 203453

Attorneys for Defendant Middle Georgia
Hospital, LLC

346002v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading has, by E-Filing and by depositing said pleading in the United States Mail with adequate postage affixed thereto to assure delivery, been furnished to all counsel of record as follows:

Attorney for Plaintiff:
Mark A. Inman, Esq.
260 Peachtree Street, NW
Suite 1200
Atlanta, GA 30303

Attorney for Plaintiff:
Prescott L. Nottingham, Esq.
6385 Black Water Trail
Atlanta, GA 30328

Attorney for George Vito, D.P.M.
and Foot & Leg Centers Georgia,
P.C.:
John C. Edwards, Esq.
Edward Long, Esq.
Martin Snow, LLP
240 Third Street
P.O. Box 1606
Macon, GA 31202

Attorney for Surgical Centers of Georgia,
P.C.:
R. Lars Anderson, Esq.
778 Mulberry Street
Macon, GA 31201

Brynda Rodriguez Insley, Esq.
Insley & Race, LLC
Two Midtown Plaza
1349 W. Peachtree Street
Suite 1450
Atlanta, Georgia 30309

This 24th day of May, 2005.

346002v1

Respectfully submitted,

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/s/ Chloé E. Dallaire
John K. Train, IV
Georgia Bar No.  715267
Chloe E. Dallaire
Georgia Bar No. 203453

Attorneys for Defendant, Middle Georgia
Hospital, LLC

950 East Paces Ferry Rd.
Suite 3000
Atlanta, Georgia  30326
404-876-2700

346002v1