IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JAY OTERO, | : | |
| | : | |
|     **Plaintiff,** | : | |
| | : | |
| vs. | : | 5:04CV211 (DF) |
| | : | |
| GEORGE VITO, D.P.M., FOOT & LEG | : | |
| CENTERS GEORGIA, P.C., SURGICAL | : | |
| CENTERS OF GEORGIA, P.C., and | : | |
| MIDDLE GEORGIA HOSPITAL, L.L.C., | : | |
| | : | |
|     **Defendants.** | : | |

**O R D E R**

The Court writes to memorialize the rulings it made during the August 4, 2005 discovery conference and to clarify the status of this matter.

With regard to the interrogatories directed to Foot and Leg Centers of Georgia, interrogatory five is to be answered. Foot and Leg Centers is to produce all materials used to advertise leg-lengthening procedures between 1995 and the present. Likewise, Dr. Vito is directed to produce all material he used to advertise his leg-lengthening procedure and services between 1995 and the present. Additionally, Vito is directed to complete his answers and fully respond to interrogatories fifteen and eighteen. He is also directed to more fully respond to interrogatory twenty-two and to answer interrogatory twenty-three.

As for the discovery disputes not specifically addressed above, the Court reserves ruling. The parties are directed to confer and to apprise the Court within a week as to their desire to move forward on Otero's motion for summary judgment on the negligent credentialing claim. Should the parties decide to pursue the summary judgment motion on the negligent credentialing claim against Middle Georgia Hospital, adequate time and discovery will be allowed so that the Hospital may appropriately respond to Otero's motion. The Court's consideration of the negligent credentialing claim would focus on the elements of duty and breach.

If the Court were to determine that the Hospital had breached its duty to exercise reasonable care to ensure that is medical providers are qualified, the scope of discovery would change considerably. Specifically, Otero seeks information regarding previous leg-lengthening procedures, complications suffered by earlier patients, and malpractice actions against Vito from both Foot and Leg Centers and Vito. This information would be used to argue that the Hospital breached its credentialing duty. So, the Court's decision on the summary judgment motion may radically alter the information Otero seeks to discover. Consequently, any further decision on individual discovery requests will be delayed until the parties apprise the Court about the status of the summary judgment motion and possibly until the summary judgment motion is ruled upon by the Court.

In addition, the Court realizes that discovery is set to expire in this case on August 8, 2005. To allow for the schedule of events laid out at the August 4, 2005 conference, discovery shall be extended thirty (30) days.

SO ORDERED, this 5th day of August, 2005.

**s/ Duross Fitzpatrick**
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/has