IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JAY OTERO, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | 5:04-CV-211 (DF) |
| | : | |
| GEORGE VITO, D.P.M., FOOT & LEG | : | |
| CENTERS OF GEORGIA, P.C., | : | |
| SURGICAL CENTERS OF GEORGIA, | : | |
| P.C., and MIDDLE GEORGIA | : | |
| HOSPITAL, L.L.C., | : | |
| | : | |
| **Defendants.** | : | |

**O R D E R**

Upon consideration of Plaintiff's unopposed Motion to Dismiss Plaintiff's Complaint against Defendant Surgical Centers of Georgia, P.C., and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Complaint against Defendant Surgical Centers of Georgia, P.C. <u>only</u> is hereby DISMISSED WITHOUT PREJUDICE. The lawsuit remains pending against Defendants George Vito, D.P.M., Foot & Leg Centers of Georgia, P.C., and Middle Georgia Hospital, L.L.C.

SO ORDERED, this 18th day of July, 2006.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/jab