IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JAY OTERO, | : | |
| | : | |
| | : | |
|     **Plaintiff,** | : | |
| | : | |
| vs. | : | 5:04-CV-211 (DF) |
| | : | |
| GEORGE VITO, D.P.M., FOOT & LEG | : | |
| CENTERS OF GEORGIA, P.C., | : | |
| AND MIDDLE GEORGIA | : | |
| HOSPITAL, L.L.C., | : | |
| | : | |
| | : | |
|     **Defendants.** | : | |

**O R D E R**

Today, this Court held a telephone conference to address a discovery dispute between Plaintiff Jay Otero and Defendant Foot & Leg Centers of Georgia, P.C. regarding Plaintiff's request for the production of Defendant's personnel files. This Order memorializes the Court's findings during the telephone conference.

For the reasons stated during the conference, the Court hereby ORDERS Defendant to produce the employees' records requested on or before November 30, 2006. The files produced shall not include: the employees' social security numbers, compensation information, or medical records. Information relating to former employee L. Crosby's compensation, however, shall be produced, as that information may be relevant to other issues in this case.

1

The Court FURTHER ORDERS Plaintiff to return the employees' records to Defendant as soon as it becomes apparent that the records are no longer needed.  Plaintiff shall not retain copies of these records, and the dissemination of this information shall be on a need-to-know basis.

SO ORDERED, this 13th day of November, 2006.

**/s/ C. Ashley Royal**
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

CAR/jab