IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JAY OTERO,                              )
                                        )
      Plaintiff,                        )
                                        )
vs.                                     )            5:04CV211(CAR)
                                        )
GEORGE VITO, D.P.M., FOOT & LEG         )
CENTERS GEORGIA, P.C.,  and             )
MIDDLE GEORGIA HOSPITAL, L.L.C.,        )
                                        )
      Defendants.                       )

## CONSENT ORDER REGARDING THIS COURT'S
## DECEMBER 7, 2006 ORDER

Plaintiff Jay Otero and Defendant Middle Georgia Hospital, LLC ("MGH"), having resolved MGH's

objection to Plaintiff's fee request under the monetary award portion of this Court's Order dated December

7, 2006 (Doc. 325) whereby MGH will make an agreed upon payment of $10,000.00 to Plaintiff's counsel

on or before January 1, 2007 and the parties having CONSENTED hereto:

It is hereby HELD that the monetary portion of this Court's Order dated December 7, 2006 has been

resolved pending receipt of payment by MGH to Plaintiff as set forth above.

So ORDERED and Agreed to this 20th day of December, 2006.


**/s/ C. Ashley Royal**      
C. Ashley Royal
Judge, United States District Court
Middle District of Georgia

Agreed to:

s/ Prescott L. Nottingham, Esq.
Counsel for Plaintiff

2170 Defoor Hills Road
Atlanta, GA 30318
404-873-4696



s/ Brian D. Boyle
Counsel for Defendant Middle Georgia Hospital, LLC

1625 Eye Street N.W.
Washington, D.C. 20006
(202) 383-5300