IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAY OTERO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 5:04-CV-0211 (CAR) |
| GEORGE VITO, D.P.M. and | ) |
| MIDDLE GEORGIA HOSPITAL, | ) |
| L.L.C., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**ORDER**

Pursuant to the agreement between Plaintiff Jay Otero and Defendant Middle Georgia Hospital, LLC ("MGH") to the terms identified below, the Court hereby orders:

1.

Defendant MGH shall have through January 9, 2006 to respond to Plaintiff's Motion in Limine to Preclude Defendant's Experts From Affirmatively Offering Opinions That Were Not Set Forth In Their Respective Expert Witness Reports.

2.

Defendant MGH shall have through January 16, 2006 to respond to the following Motions: (a.) Plaintiff's Partial Motion for Summary Judgment and Motion in Limine As It Relates to Issue of Consent; (b.) Plaintiff's Motion in Limine as to Jon Ruch, DPM; (c.) Plaintiff's Motion in Limine as to Thomas F. Smith, DPM; (d.) Plaintiff's Motion in Limine as to Vladimir Schwartsman, M.D.; (e.) Plaintiff's Motion in Limine as to John Schuberth, DPM; (f.) Plaintiff's Motion in Limine as to Steven Hunter; and (g.) Plaintiff's Motion to Exclude

Irrelevant, Improper and Cumulative Expert Opinions.

3.

Pursuant to a telephone conference held on this date, Defendant MGH shall have through January 22, 2007 to file their Reply to Plaintiff's Response to Defendant MGH's Motion for Partial Summary Judgment (doc. 297).

So ORDERED this 3rd day of January, 2007.

/s/ **C. Ashley Royal**
C. Ashley Royal, Judge
United States District Court