IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAY OTERO, | * |
|     Plaintiff | * |
| vs. | *   Case Number 5:04-CV-211 (CAR) |
| GEORGE VITO, D.P.M.; and FOOT & LEG CENTERS OF GEORGIA, P.C., | * |
|     Defendants | * |

## JUDGMENT

Pursuant to this Court's Orders dated March 21, 2007, and May 9, 2007, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff and against Defendants in the amount of $3,970,967.72 ($3,665,967.72 for trebled actual damages, $155,000.00 for expenses, and $150,000.00 for punitive damages). This amount shall accrue interest from the date of entry of judgment at the rate of 4.90 % per annum until paid in full.

This 11th day of May, 2007.

Gregory J. Leonard, Clerk

S/ Holly R. McCarra
Deputy Clerk

Approved by:

_____
C. Ashley Royal
United States District Judge